## MORGAN v. THE COMMISSIONERS, &c. OF MOYA-MENSING TOWNSHIP.

March 28, 1840.

*Rule to show cause why defendants should not be permitted to plead their freehold.*

A township against which a judgment has been obtained, is not entitled to a stay of execution under the 3d and 4th sections of the act of 16th June, 1836, relating to executions, but execution may immediately issue in conformity with the 6th and 7th sections of the act of 15th April, 1834, relating to counties and townships.

IN this action (Dec. term, 1839, 1603), the plaintiff obtained judgment, whereupon the defendants obtained this rule to show cause why they should not be permitted to plead their freehold for a stay of execution, under the 3d and 4th sections of the act of 16th June, 1836.

*Kneass,* for the rule.
*F. W. Hubbell,* contra.

PER CURIAM.—The 6th and 7th sections of the act of the 15th April, 1834, relating to counties and townships, (*Stroud's Purd. tit. Counties and Townships,*) are not repealed by the act of 16th June, 1836, allowing defendants a stay of execution. The former act says in effect that the plaintiff shall have an immediate execution, " and *not otherwise.*" And the execution is limited to moneys unappropriated of the county or township, or out of the first moneys which shall be received for the use of the county or township, and the execution is to be enforced by writ of attachment against the commissioners. No execution can issue against the real estate of the township, or against any of its property, except the *moneys* designated in the act.

Rule discharged.